Bobby Joe MITCHELL *v.* STATE of Arkansas

CR 79-183
Supreme Court of Arkansas
March 31, 1980

## PER CURIAM

The appellant's motion for a rule on the Clerk is granted. Counsel for the appellant, James M. Barker, concedes in the motion that due to an error he made, the transcript was not accepted by our Clerk. This constitutes good cause, as we have defined it heretofore, and for that reason the motion is granted.

In accordance with our practice, a copy of this opinion is forwarded to the Committee on Professional Conduct.